ACCEPTED
01-13-00782-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/30/2015 3:47:00 PM
CHRISTOPHER PRINE
CLERK



# KELLY  HART

DAVID E. KELTNER
*david.keltner@kellyhart.com*

TELEPHONE: 817.878.3560
FAX: 817.878.9760

April 30, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/30/2015 3:47:00 PM

CHRISTOPHER A. PRINE
Clerk

**Via Electronic Filing:**
Mr. Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas  77002

Re:    No.  01-13-00782-CV; *Bandier Realty Partners, LLC and Switchback Ventures, LLC v. SSC Opportunity Partners, LLC and Douglas Britton*

Dear Mr. Prine:

I am in receipt of your letter regarding the May 5, 2015 oral argument setting at 10:30 a.m. in the above referenced matter.  Please be advised I will present oral argument for Appellees, SSC Opportunity Partners, LLC and Douglas Britton.

Thank you for your assistance in this matter.  Should you have any questions, please do not hesitate to contact me.

Sincerely yours,

*/s/ David Keltner*

David E. Keltner

DEK/srb

---

**FORT WORTH OFFICE** | 201 MAIN STREET, SUITE 2500 | FORT WORTH, TX 76102 | TELEPHONE: (817) 332-2500 | FAX: (817) 878-9280

AUSTIN OFFICE | 301 CONGRESS, SUITE 2000 | AUSTIN, TX 78701 | TELEPHONE: (512) 495-6400 | FAX: (512) 495-6401

MIDLAND OFFICE | 508 W. WALL, SUITE 444 | MIDLAND, TX 79701 | TELEPHONE: (432) 683-4691 | FAX: (432) 683-6518

NEW ORLEANS OFFICE | 400 POYDRAS STREET, SUITE 1812 | NEW ORLEANS, LA 70130 | TELEPHONE: (504) 522-1812 | FAX: (504) 522-1813

*Kelly Hart & Hallman, a Limited Liability Partnership | www.kellyhart.com*

cc:     **Via Electronic Filing:**

Brian B. Kilpatrick
brianbkil@gmail.com
THE KILPATRICK LAW FIRM
1811 Bering Drive, Suite 125
Houston, Texas  77057
*Counsel for Appellees*

W. Craft Hughes
craft@crafthugheslaw.com
Jarrett L. Ellzey
jarrett@crafthugheslaw.com
HUGHES ELLZEY, LLP
Galleria Tower I
2700 Post Oak Blvd., Suite 1120
Houston, Texas  77056
*Counsel for Appellees*

David M. Gunn
dgunn@beckredden.com
Erin H. Huber
dgunn@beckredden.com
BECK REDDEN LLP
1221 McKinney, Suite 4500
Houston, Texas 77010
*Counsel for Appellants*
*Bandier Realty Partners, LLC*
*and Switchback Ventures, LLC*

Kenneth T. Fibich
tfibich@fhl-law.com
Sara J. Fendia
sfendia@fhl-law.com
FIBICH, HAMPTON, LEEBRON,
BRIGGS & JOSEPHSON, LLP
1150 Bissonnet
Houston, Texas  77005
*Counsel for Appellees*

Sean Michael Reagan
sreagan@lpmfirm.com
LEYH, PAYNE &MALLIA, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas  77024
*Counsel for Appellees*